UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ORIGINAL FILED

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA<br>    Plaintiff, | CIVIL DOCKET NO. 18 AM '03<br>3 : 02 CV 445 (JBA)<br>U.S. DISTRICT COURT<br>NEW HAVEN, CONN. |
| VS. | |
| BARTOMELI COMPANY, INC.,<br>RAYMOND BARTOMELI, JR.,<br>SUSAN BARTOMELI, and LUANN MARAGLINO<br>    Defendants. | NOVEMBER 4, 2003 |

### PLAINTIFF'S MOTION FOR DEFAULT FOR FAILURE TO APPEAR

Pursuant to Fed. R. Civ. P. 55, the Plaintiff, First National Insurance Company of America, hereby moves that the Defendants, Bartomeli Company, Inc. and Raymond Bartomeli, Jr., be defaulted for failure to appear and defend this action. The Court issued an Order and Notice to Defendants, Bartomeli Company, Inc. and Raymond Bartomeli, Jr., on or about October 3, 2003 providing these Defendants with a deadline of October 31, 2003 to file substitute Appearances in lieu of Attorney Mark Rosenblum's Appearance. As of the date of this Motion, these Defendants have failed to comply with the Court's Order. Accordingly, a default judgment should be entered against these Defendants by the Court.

THE PLAINTIFF,
FIRST NATIONAL INSURANCE COMPANY
OF AMERICA

By /s/ Peter E. Strniste
Peter E. Strniste, Jr. (#ct20830)
HALLORAN & SAGE LLP
Its Attorneys

480885_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**ORIGINAL**

## CERTIFICATION

This is to certify that on November 14, 2003, a copy of the foregoing was either mailed, postage prepaid, faxed or hand-delivered to:

Mark A. Rosenblum, Esq.
Rogin, Nassau, Caplan, Lassman & Hirtle, LLC
City Place
Hartford, CT 06103-3460

*[signature]*
Peter E. Strniste, Jr.

301913.1(HS-FP)

- 4 -

One Goodwin Square         HALLORAN        Phone (860) 522-6103
225 Asylum Street          & SAGE LLP      Fax (860) 548-0006
Hartford, CT 06103                         Juris No. 26105