UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ORIGINAL FILED**

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA<br>Plaintiff, | CIVIL DOCKET NO.<br>3 : 02 CV 445 (JBA) |
| VS. | |
| BARTOMELI COMPANY, INC., RAYMOND BARTOMELI, JR., SUSAN BARTOMELI, and LUANN MARAGLINO<br>Defendants. | NOVEMBER 4, 2003 |

### PLAINTIFF'S MOTION FOR DEFAULT FOR FAILURE TO APPEAR

Pursuant to Fed. R. Civ. P. 55, the Plaintiff, First National Insurance Company of America, hereby moves that the Defendants, Bartomeli Company, Inc. and Raymond Bartomeli, Jr., be defaulted for failure to appear and defend this action. The Court issued an Order and Notice to Defendants, Bartomeli Company, Inc. and Raymond Bartomeli, Jr., on or about October 3, 2003 providing these Defendants with a deadline of October 31, 2003 to file substitute Appearances in lieu of Attorney Mark Rosenblum's Appearance. As of the date of this Motion, these Defendants have failed to comply with the Court's Order. Accordingly, a default judgment should be entered against these Defendants by the Court.

THE PLAINTIFF,
FIRST NATIONAL INSURANCE COMPANY
OF AMERICA

By /s/ Peter E. Strniste
Peter E. Strniste, Jr. (#ct20830)
HALLORAN & SAGE LLP
Its Attorneys

HALLORAN
& SAGE LLP

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

---

Handwritten margin notes:
- Default entered pursuant to Rule 55(a) FRCP. A Motion for Default Judgment to be filed forthwith or this action will be dismissed by the Clerk pursuant to Rule 41(b) FRCP.
- 12/1/03: Motion Granted, for failure to appear and answer/respond to the complaint.
- Kevin F. Rowe, Clerk
- By Betty J. Torday, Deputy Clerk
- FILED Dec 2  8:27 AM '03 U.S. DISTRICT COURT NEW HAVEN, CONN.