UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FIRST NATIONAL INS.           :

v.                            :   NO. 3:02cv445 (JBA)

BARTOMELI COMPANY, ET AL      :

FILED
DEC 5  3 05 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

### ENDORSEMENT ORDER [DOC. #38]

As set forth in the Notice to Defendants [doc. #39] dated October 3, 2003, and absent any objection thereto, Motion to Withdraw Appearance [doc. #38] is GRANTED, nunc pro tunc, to and including 10/31/03. The Court notes that plaintiff has moved for default [doc. #40] which was entered by the Clerk on 12/1/03.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: December 05, 2003