UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FIRST NATIONAL INSURANCE          :          CIVIL DOCKET NO.
COMPANY OF AMERICA                :          3 : 02 CV 445 (JBA)
    Plaintiff,                      :
                                    :
VS.                               :
                                    :
BARTOMELI COMPANY, INC.,          :
RAYMOND BARTOMELI, JR.,           :
SUSAN BARTOMELI, and LUANN        :
MARAGLINO                         :
    Defendants.                     :          JANUARY 2, 2004

## MOTION FOR DEFAULT JUDGMENT
### (Fed. R. Civ. P. 55(b)(2))

The Plaintiff, First National Insurance Company of America ("First National"),

moves this Court for entry of a default judgment against the Defendants, Bartomeli

Company, Inc. and Raymond Bartomeli, Jr., pursuant to Rule 55(b)(2) of the Federal

Rules of Civil Procedure.  First National requests that judgment on the Complaint be

entered as set forth in the attached proposed default judgment.  The Court should enter

the judgment requested against these Defendants and in favor of First National

because:

    1.    The default of these Defendants was entered by the Court on December

1, 2003.

    2.    These Defendant have failed to file an Appearance as set forth in more

detail within Plaintiff's Motion for Default dated November 4, 2003.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

3.      This is an indemnity action through which First National seeks to hold these Defendants liable for losses incurred by the Surety as a result of issuing several Payment and Performance Bonds on various construction projects throughout the State of Connecticut and for other causes of action, as more fully set forth in the Amended Complaint and attached Affidavit of Debt.  By virtue of the default, these Defendants may not challenge any of the factual allegations in the Amended Complaint.[1]

4.      The terms of relief sought in the requested judgment are fully justified by the facts shown in the Affidavit of Debt attached hereto as **Exhibit A**.

5.      A Military Affidavit as to Defendant, Raymond Bartomeli, Jr., is attached hereto as **Exhibit B**.

This motion is based upon this document, the accompanying Affidavit, on all of the pleadings and papers on file in this action, and on whatever evidence and argument is presented at a hearing on this motion should a hearing be required by the Court.

THE PLAINTIFF,
FIRST NATIONAL INSURANCE COMPANY
OF AMERICA

By
Peter E. Strniste, Jr. (#ct20830)
HALLORAN & SAGE  LLP
Its Attorneys

---

[1]      The Plaintiff understands that the enforceability of any judgment entered against Defendant, Raymond Bartomeli, Jr., may depend upon the outcome of the Plaintiff's Complaint Objecting to Dischargeability of Debt Pursuant to 11 U.S.C. § 523(a)(3)(B) which is before the Court in Mr. Bartomeli's bankruptcy proceeding, captioned In re Raymond Bartomeli, Jr., Case No. 00-32391 (LMW) and pending in the United States District Court for the District of Connecticut at New Haven.

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on January 2, 2004, a copy of the foregoing was either mailed, postage prepaid, or via Federal Express to:

Mr. Raymond Bartomeli, Jr.
74 Tuckahoe Drive
Shelton, CT

Bartomeli Company, Inc.
c/o Raymond Bartomeli, Jr.
74 Tuckahoe Drive
Shelton, CT

Peter E. Strniste, Jr.

382636.1(HSFP)

- 3 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FIRST NATIONAL INSURANCE          :         CIVIL DOCKET NO.
COMPANY OF AMERICA                :         3 : 02 CV 445 (JBA)
    Plaintiff,                    :

VS.                               :
                                  :
BARTOMELI COMPANY, INC.,          :
RAYMOND BARTOMELI, JR.,           :
SUSAN BARTOMELI, and LUANN    .   :
MARAGLINO                         :
    Defendants.                   :         JANUARY 2, 2004

## DEFAULT JUDGMENT
## (Fed. R. Civ. P. 56(b)(2))

On motion of Plaintiff, First National Insurance Company of America, for default judgment as to the Defendants, Raymond Bartomeli, Jr. and Bartomeli Company, Inc., for sums due the Plaintiff in connection with a certain agreement, the Court has read the papers submitted in connection with the motion, affidavits, the papers on file in this action and other evidence presented by the parties, and IT IS ORDERED that:

1.    Default Judgment be entered against the Defendants, Raymond Bartomeli, Jr. and Bartomeli Company, Inc.

2.    The Defendants, Raymond Bartomeli, Jr. and Bartomeli Company, Inc., are liable to First National Insurance Company of America in the amount of $759,586.52.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

3.    This Judgment shall bear interest at the judgment rate from the date of entry until paid.

Date:_____

                              THE COURT


                              By_____

                                 United States District Court Judge

382636.1(HSFP)

- 2 --

One Goodwin Square                HALLORAN          Phone (860) 522-6103
225 Asylum Street                 & SAGE LLP        Fax (860) 548-0006
Hartford, CT 06103                                  Juris No. 26105