FILED

Jan 30  3 45 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA<br>　　Plaintiff, | : : : | CIVIL DOCKET NO.<br>3 : 02 CV 445 (JBA) |
| VS. | : | |
| BARTOMELI COMPANY, INC., RAYMOND BARTOMELI, JR., SUSAN BARTOMELI, and LUANN MARAGLINO<br>　　Defendants. | : : : : : | JANUARY 2, 2004 |

### DEFAULT JUDGMENT
### (Fed. R. Civ. P. 56(b)(2))

On motion of Plaintiff, First National Insurance Company of America, for default judgment as to the Defendants, Raymond Bartomeli, Jr. and Bartomeli Company, Inc., for sums due the Plaintiff in connection with a certain agreement, the Court has read the papers submitted in connection with the motion, affidavits, the papers on file in this action and other evidence presented by the parties, and IT IS ORDERED that:

1. Default Judgment be entered against the Defendants, Raymond Bartomeli, Jr. and Bartomeli Company, Inc.

2. The Defendants, Raymond Bartomeli, Jr. and Bartomeli Company, Inc., are liable to First National Insurance Company of America in the amount of $759,586.52.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

3.  This Judgment shall bear interest at the judgment rate from the date of entry until paid.

Date: 1/30/04

THE COURT

By _____

United States District Court Judge

382636.1(HSFP)

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105