UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FIRST NATIONAL INSURANCE<br>COMPANY OF AMERICA<br>   Plaintiff,<br><br>VS.<br><br>BARTOMELI COMPANY, INC.,<br>RAYMOND BARTOMELI, JR.,<br>SUSAN BARTOMELI, and LUANN<br>MARAGLINO<br>   Defendants. | CIVIL DOCKET NO.<br>3 : 02 CV 445 (JBA)<br><br><br><br><br><br><br><br>OCTOBER 28, 2004 |

## MOTION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(2), the Plaintiff, First National Insurance Company of American, respectfully moves the Court to dismiss the above referenced matter without prejudice and without costs as to Defendants, Susan Bartomeli and Luann Maraglino.

PLAINTIFF,
FIRST NATIONAL INSURANCE
COMPANY OF AMERICA

By: /s/ Peter E. Strniste
Peter E. Strniste, Jr., Esq.
Fed. Bar No. ct20830
HALLORAN & SAGE LLP
Its Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

## CERTIFICATION

This is to certify that on October 28, 2004, a copy of the foregoing was either mailed, postage prepaid, or hand-delivered to:

Mark A. Rosenblum, Esq.
Rogin, Nassau, Caplan, Lassman & Hirtle, LLC
City Place
Hartford, CT 06103-3460

Mr. Raymond Bartomeli, Jr.
74 Tuckahoe Drive
Shelton, CT

Bartomeli Company, Inc.
c/o Raymond Bartomeli, Jr.
74 Tuckahoe Drive
Shelton, CT

Ms. Susan Bartomeli
74 Tuckahoe Drive
Shelton, CT

Ms. Luann Maraglino
686 Longbrook Avenue
Stratford, CT

_____
Peter E. Strniste, Jr.

610187_1 DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105