UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FIRST NATIONAL INS. CO. OF AMERICA** :

v.                                                             : Civil No. 3:02cv445(JBA)

**BARTOMELI COMPANY, INC., RAYMOND**
**BARTOMELI, JR.**                                  :

### ENDORSEMENT ORDER [DOC. #45]

Motion for Dismissal Without Prejudice [doc. #45] is GRANTED. The Clerk is directed to close this case.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: November   , 2004